IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                        ORDER

Plaintiff,

                                                                                     12-cv-920-bbc
                                                                                     09-cr-139-bbc

      v.

GIORGIO R. BEARD,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On December 26, 2012, I denied defendant Giorgio Beard's motion for post conviction relief under 28 U.S.C. § 2255 for his failure to show that either his conviction or sentence is illegal. Defendant filed a motion for reconsideration which was denied on January 10, 2013.

       Now defendant has filed a notice of appeal from the December 26, 2012 order denying his post conviction motion under 28 U.S.C. § 2255 and the January 10, 2013 order denying defendant's motion for reconsideration.

       His notice of appeal was not accompanied by the $455 fee for filing an appeal. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22. Therefore, I construe it as including a request for leave to proceed <u>in forma pauperis</u> on appeal pursuant to 28 U.S.C. § 1915.

According to 28 U.S.C. § 1915(a), a defendant who is found eligible for court-appointed counsel in the district court proceedings may proceed on appeal in forma pauperis without further authorization "unless the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Defendant had appointed counsel during the criminal proceedings against him and I do not intend to certify that the appeal is not taken in good faith.  Defendant's challenge to his sentence is not wholly frivolous.  A reasonable person could suppose that it has some merit. Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000).

## ORDER

IT IS ORDERED that defendant Georgio Beard's request for leave to proceed in forma pauperis on appeal is GRANTED.

Entered this 24th day of January, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge